IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. WHITE, AIS # 148147, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08cv362-MHT |
| | ) | (WO) |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 23, 2008 (doc. no. 13), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED as follows:

1.    That the recommendation (doc. no. 13) is adopted;

2.    That plaintiff's claims against defendant Richard Allen are dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3.    That defendant Allen is dismissed as a party in this cause of action; and

4.    That plaintiff's claims against defendants Marshall, Finley and Bailey are referred back to the magistrate judge for appropriate proceedings.

DONE, this the 25th day of June, 2008.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE