IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:08cv362-CSC |
| | ) (WO) |
| D. T. MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on October 21, 2008 (doc. # 38) be and is hereby WITHDRAWN.

Done this 5th day of November, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       UNITED STATES MAGISTRATE JUDGE